## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

MEGAN ELIZABETH JOHNSON,     )
                )
        **Plaintiff,**     )
                )
vs.                )
                )   **No. CIV-24-534-R**
CAROLYN W. COLVIN,       )
Acting Commissioner of Social Security,   )
                )
        **Defendant.**     )

## ORDER

Before the Court is a Stipulated Motion for Attorney's Fees Under the Equal Access to Justice Act [Doc. No. 17] stipulating to an award of attorney fees in the amount of $7,028.00 and costs in the amount of $405.00.

Pursuant to the parties' stipulation, the Court orders that attorney fees be awarded under EAJA in the amount of $7,028.00 and costs in the amount of $405.00, payable to Plaintiff in care of her attorney, subject to offsets for debts to the federal government. Should Plaintiff's counsel ultimately receive attorney fees pursuant to 42 U.S.C. § 406(b), counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986). Plaintiff's motion for Attorney's Fees Pursuant to the Equal Access to Justice Act is DENIED as moot.

IT IS SO ORDERED this 30th day of December, 2024.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE